No. 1014.

SUCCESSIONS OF JOHN LYONS AND WIFE. ON APPLICATION OF THE ADMINISTRATOR TO CORRECT ERROR IN THE TABLEAU.

Where a mortgage note of the deceased has been placed on the tableau of debts of the succession by the administrator thereof as a valid claim against the succession, and he afterwards finds evidence of its payment in whole or in part, and applies to the court to correct the error, and gives notice of his application to the parties interested, proof will be received of such payment and effect given to it, and the debt will be stricken from the tableau, or so much thereof as is satisfactorily proved to have been paid.

APPEAL from the Parish Court of St. Landry.    FONTENOT, J.

*Baily* for Administrator.    *Moore* for Creditor.    *J. N. Ogden* for the Heirs Appellants.

SPENCER, J., delivered the opinion affirming the judgment.

No. 1008.

SUCCESSION OF LEO DITCH. ON APPLICATION FOR ADMINISTRATION.

When there are no debts of the deceased husband, or of the community, and the widow is in possession of the community property as owner of the one-half thereof and usufructuary of the other half, there is no occasion for an administration.

APPEAL from the Parish Court of Vermillion.    KIBBE, J.

*O'Bryan* for Applicant.    *King* for the Widow Appellant.

MANNING, C. J., delivered the opinion reversing the judgment, and on application for rehearing, SPENCER, J., delivered the opinion refusing it.